CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 27 2015

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEANDRE L'OVERTURE JACKSON, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMONWEALTH OF ) <br> VIRGINIA, et al., ) <br>     Defendants. ) | Civil Action No. 7:15-cv-00197 <br><br> MEMORANDUM OPINION <br><br> By:   Hon. Jackson L. Kiser <br>        Senior United States District Judge |

DeAndre L'Overture Jackson, a Virginia inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, naming as defendants the Commonwealth of Virginia and Administrative Officer(s) of Henrico Circuit Court. Plaintiff's largely nonsensical complaint invokes, inter alia, administrative, maritime, and commercial law to rail about state court proceedings and the conditions of his confinement in the Virginia Department of Corrections.

It is clear that the complaint is frivolous and is subject to summary dismissal without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). See, e.g., Neitzke v. Williams, 490 U.S. 319, 327 (1989). Additionally, the defendants are entitled to immunity from damages, and any attempt to quicken release from custody that can be construed from Plaintiff's request for injunctive relief should be presented via a petition for a writ of habeas corpus. See, e.g., West v. Atkins, 487 U.S. 42, 48 (1988); Preiser v. Rodriguez, 411 U.S. 475, 500 (1973); Pink v. Lester, 52 F.3d 73, 74-78 (4th Cir. 1995); McCray v. Maryland, 456 F.2d 1, 5 n.11 (4th Cir. 1972); Lockhart v. Hoenstine, 411 F.2d 455, 460 (3d Cir. 1969); see also 28 U.S.C. § 1915A(b)(2).

ENTER: This 27th day of April, 2015.

                                      /s/ Jackson L. Kiser
                                  Senior United States District Judge