CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 27 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEANDRE L'OVERTURE JACKSON, ) | Civil Action No. 7:15-cv-00197 |
|    Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMONWEALTH OF ) | |
| VIRGINIA, <u>et al.</u>, ) | By:   Hon. Jackson L. Kiser |
|    Defendants. ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 27th day of April, 2015.

                                            /s/ Jackson L. Kiser
                                            Senior United States District Judge